MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDA MEDIA, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: CV12-9887 CBM (JCx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE  JS6<br><br>Hon. Consuelo B. Marshall |

-1-
[PROPOSED] ORDER ON STIPULATION
FOR DISMISSAL OF COMPLAINT WITH PREJUDICE

LA1 2808105v.1

## ORDER

Upon stipulation of the parties to dismiss this action in its entirety with prejudice, this Court being fully advised on the premises, and good cause appearing, this Court orders as follows:

1) The above-captioned action is hereby dismissed in its entirety with prejudice.

2) Each party is to bear its own costs, expenses, and attorneys' fees.

3) This Court retains continuing jurisdiction over this action to resolve any and all disputes arising under or relating to the confidential settlement agreement reached in this action, and/or to enter any order or judgment as necessary in connection with the above.

**IT IS SO ORDERED.**

Dated: 8/20/2013

_____
Hon. Consuelo B. Marshall
United States District Judge

MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, California 90067
Tel: (310) 226-7878